# MEMORANDUM CASES.

[Civ. No. 2754.   Third Appellate District.—March 4, 1924.]

F. D. REYNER, Appellant, v. JOHN N. BRICHETTO, Respondent.

[1] IRRIGATION DISTRICTS—ELECTION OF DIRECTORS—RIGHT TO CONTEST.—Judgment affirmed upon the authority of *Huck* v. *Rathjen, ante*, p. 84.

The facts are the same as those in *Huck* v. *Rathjen, ante*, p. 84 [225 Pac. 33].

Crittenden & Hench for Appellant.

Levinsky & Jones for Respondent.

THE COURT.—[1]   This is an election contest instituted under the provisions of section 1111 of the Code of Civil Procedure to determine which one of the parties was elected to the office of director of an irrigation district organized under the provisions of the California Irrigation District Act. (Stats. 1897, p. 254, and amendments thereto.)   The facts are in all respects the same as those in the case of *Huck* v. *Rathjen, ante*, p. 84 [225 Pac. 33].

The judgment is affirmed.